IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| JANE DOE, | |
| Plaintiff, | CIVIL ACTION NO.: 2:24-cv-57 |
| v. | |
| EMILY BULMAN GHIORSO, and CHARLES GHIORSO, | |
| Defendants. | |

**O R D E R**

Plaintiff filed a Motion to Proceed Under Pseudonym before Defendants appeared in this case. Doc. 2. Defendants have since filed Answers but have not responded to Plaintiff's Motion. I **ORDER** Defendants to file Responses to Plaintiff's Motion to Proceed Under Pseudonym **on or before July 5, 2024.** Defendants shall state whether they oppose Plaintiff's Motion and provide any supporting arguments.

**SO ORDERED**, this 21st day of June, 2024.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA